Alfred P. Vigorito
John W. Barker
Gary W. Patterson, Jr.*
Jeffrey R. Nichols*
Mamie Stathatos-Fulgieri
Scott A. Singer
Gregg D. Weinstock*** ■ ∷
Kiki Chrisomallides*
Dylan Braverman
Adam S. Covitt

Kevin D. Porter
Susan Vari

Brian Andrews
Margaret Antonino* ■
Edward J. Arevalo
Robert Boccio
Bruce Brady *
Thomas Brennan ■
Dawn Bristol
Kenneth J. Burford
Gilbert H. Choi
Joshua R. Cohen

Charles K. Faillace ±
Danielle M. Hansen
Anna Hock
Thomas Jaffa
Gemma Kenney ***
Douglas Langholz
Jason Lavery *
Megan A. Lawless‡
Guy A. Lawrence
Jennifer M. Lobaito *
Neil Mascolo, Jr.
Adonaid Medina*
Ralph Vincent Morales
Vincent Nagler **
Carolyn Rankin
Miles S. Reiner
Bhalinder L. Rikhye
Leilani Rodriguez *
Lori Shapiro
Tammy A. Trees
Nicole M. Varisco *
Julia F. Wilcox ∷
Arthur I. Yankowitz**

Danielle Bennett ∆
Theresa A. Bohm
Angela R. Bonica *
Julia Combs †
Christine Crane *
Michael P. Diven * ** ∷
Tyler M. Fiorillo
Lauren P. Ingvoldstad†
Jillian Kuper †
Christian McCarthy
John O'Brien
Daniel O'Connell * ■
Kara Ognibene †
Emily Phillips
Alesha Powell
Kathleen M. Thompson
Paul Toscano
Claudine Travers
Tyler Weingarten †
Samuel Youssof
Alexandra Zerrillo * ** ∷

<u>Of Counsel</u>
Patricia M. Comblo ∷ ±
Josie M. Conelley
Brian DiPentima*
Tricia M. Criscito
Roseann V. Driscoll
William Gagas ±
Rani B. Kulkarni
Nicole E. Martone
Joseph P. Muscarella
Seema Palmerson
Nicole C. Salerno *
Valerie L. Siragusa
Diana V. Solla
Paul Varriale
Karolina Wiaderna

* Also Admitted to Practice in NJ
** Also Admitted to Practice in CT
*** Also Admitted to Practice in NJ, CT, DC
■ Also Admitted to Practice in FL
‡ Also Admitted to Practice in NJ and PA
± Also Admitted to Practice in MA
∆ Also Admitted to Practice in Ohio
∷ Admitted to Practice in CO
† Admission Pending



February 27, 2023

Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attn: Judge Nina R. Morrison

                Re:     Vidyartie Ganesh v. The Legal Aid Society
                        Docket No.: 22-cv-2396

Dear Judge Morrison:

    This office represents Defendant the Legal Aid Society (hereinafter "LAS"). Please allow this correspondence to advise the Court that LAS' Motion to Dismiss was served upon the Plaintiff on December 15, 2022 in accordance with this Court's briefing schedule. Having received no opposition from Plaintiff, LAS did not file a reply. Accordingly, a fully briefed motion was filed on the Court's docket under ECF No. 19.

    Thank you for your time and attention to this matter.

                                                            Very truly yours,

                                                            *Karolina Wiaderna*
                                                            Karolina Wiaderna