```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x

VIDYARTIE GANESH

                              Plaintiff,

        -against-                                          NOTICE OF MOTION

NYPD POLICE OFFICER WILLIAM CLEMENS,                       22-CV-2396 (NRM) (JRC)
POLICE OFFICER PATRICK FITZMAURICE, POLICE
OFFICER SGT JOHN MCCORMICK, POLICE OFFICER
LT. SIMON, POLICE OFFICER JOHN AND JANE
DOES; JOHN AND JANE DOE STATE PROSECUTOR,
DARA E. MCCANTS, THE CITY OF NEW YORK, THE
LEGAL AID SOCIETY, POLICE OFFICER LOUIS
RABIN, and POLICE OFFICER BRENDAN
LANGENFELD,

                              Defendants.

--------------------------------------------------------------------- x
```

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendants' Motion to Dismiss, dated August 30, 2024, and all pleadings and proceedings previously had herein, Defendants City of New York, Officer William Clemens, Officer Patrick Fitzmaurice, Sergeant John McCormick, Lieutenant Simon Darnell, Officer Louis Rabin and Officer Brendan Langenfeld will move, before the Honorable Nina R. Morrison, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201 to dismiss with prejudice, all of plaintiff's claims against defendants pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and for such other and further relief as the Court deems just, proper and equitable.

Dated:    New York, New York
          August 30, 2024

                                          MURIEL GOODE-TRUFANT
                                          Acting Corporation Counsel of the City of New
                                          York
                                          *Attorney for Defendants City, Clemens,*

*Fitzmaurice, McCormick, Simon, Rabin and Langenfeld*
100 Church Street,
New York, New York 10007
(212) 356-2657

By: ___*Joseph Zangrilli*_____
      Joseph Zangrilli
      *Senior Counsel*
      Special Federal Litigation

CC: **Via ECF**
     Vidyartie Ganesh
     191-11 Woodhall Avenue
     Apt. 1B
     Hollis, NY 11423
     929-304-4954
     Email: Vidyartie3725@gmail.com
     PRO SE