UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

VIDYARTIE GANESH,

                                Plaintiff,

              -against-

NYPD POLICE OFFICER WILLIAM CLEMENS,
POLICE OFFICER PATRICK FITZMAURICE,
POLICE OFFICER SGT JOHN MCCORMICK,
POLICE OFFICER LT. SIMON, POLICE
OFFICER JOHN AND JANE DOES; JOHN AND
JANE DOE STATE PROSECUTOR, DARA E.
MCCANTS, THE CITY OF NEW YORK, THE
LEGAL AID SOCIETY, POLICE OFFICER
LOUIS RABIN, and POLICE OFFICER
BRENDAN LANGENFELD,

                                Defendants.
------------------------------------------------------------------------ X

**DECLARATION OF JOSEPH ZANGRILLI IN SUPPORT OF DEFENDANT CITY OF NEW YORK OFFICER CLEMENS, OFFICER FITZMAURICE, SERGEANT MCCORMICK LIEUTENANT SIMON OFFICER RABIN AND OFFICER LANGENFLED'S MOTION TO DISMISS PURSUANT TO 12(B)(6)**

22 CV 2396 (NRM) (JRC)

       **JOSEPH ZANGRILLI,** an attorney duly admitted to practice in the Eastern District of New York, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

       1. I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for defendants City of New York, Officer William Clemens, Officer Patrick Fitzmaurice, Sergeant John McCormick, Lieutenant Darnell Simon, Officer Louis Rabin and Officer Brendan Langenfeld.

       2. I submit this declaration in support of the defendant's Motion to Dismiss Pursuant to Rule 12(b)(6). I am familiar with the facts and circumstances stated herein based upon personal knowledge, the books and records of the City of New York, and conversations with its agents and employees.

3. Annexed hereto as **Exhibit "A"** is a true and accurate copy of plaintiff's Amended Complaint (" Amended Complaint"), filed on August 8, 2024.

4. Annexed hereto as **Exhibit "B"** is a true and accurate copy of the accusatory instrument and Dara McCants' signed Supporting Deposition.

5. Annexed hereto as **Exhibit "C"** is a true and accurate copy of Dara McCants electronically signed Supporting Deposition.

Dated:  New York, New York
        August 30, 2024

*/s/ Joseph Zangrilli*
Joseph Zangrilli
*Senior Counsel*
Special Federal Litigation