AFFI;889529;885064

Q19616119

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

| THE PEOPLE OF THE STATE OF NEW YORK | STATE OF NEW YORK |
|---|---|
| V. | COUNTY OF QUEENS |
| VIDYARTIE GANESH (55Y) 14648839M DEFENDANT | |

POLICE OFFICER WILLIAM CLEMENS OF 113TH PRECINCT, TAX REG#: 944033, BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT APRIL 27 2019 AT ABOUT 7:06PM, AT THE INTERSECTION OF MATHEWSON COURT AND BELKNAP AVENUE, COUNTY OF QUEENS, STATE OF NEW YORK, THE DEFENDANT COMMITTED THE OFFENSES OF:

PL 245.00 (EFF. 11-1-15) [BM] PUBLIC LEWDNESS - (DNA SAMPLE REQUIRED UPON CONVICTION)
PL 245.01 [V] EXPOSURE OF A PERSON

---

PL 245.00 (EFF. 11-1-15) [BM] PUBLIC LEWDNESS - (DNA SAMPLE REQUIRED UPON CONVICTION)
--- INTENTIONALLY EXPOSE THE PRIVATE OR INTIMATE PARTS OF HIS OR HER BODY IN A LEWD MANNER OR COMMITTED ANY OTHER LEWD ACT: (A) IN A PUBLIC PLACE, OR (B)(I) IN PRIVATE PREMISES UNDER CIRCUMSTANCES IN WHICH HE OR SHE MAY READILY BE OBSERVED FROM EITHER A PUBLIC PLACE OR FROM OTHER PRIVATE PREMISES, AND WITH INTENT THAT HE OR SHE BE SO OBSERVED, OR (II) WHILE TRESPASSING, AS DEFINED IN SECTION 140.05 OF THIS PART, IN A DWELLING AS DEFINED IN SUBDIVISION THREE OF SECTION 140.00 OF THIS PART, UNDER CIRCUMSTANCES IN WHICH HE OR SHE IS OBSERVED BY A LAWFUL OCCUPANT;

PL 245.01 [V] EXPOSURE OF A PERSON
--- APPEAR IN A PUBLIC PLACE IN SUCH A MANNER THAT THE PRIVATE OR INTIMATE PARTS OF HIS BODY WERE UNCLOTHED OR EXPOSED AND SAID PERSON WAS NOT BREASTFEEDING AN INFANT OR PERFORMING IN A PLAY, EXHIBITION, SHOW OR ENTERTAINMENT.

THE ABOVE OFFENSES WERE COMMITTED AS FOLLOWS:

DEPONENT STATES THAT HE IS INFORMED BY THE EYEWITNESS, DARA MCCANTS, THAT AT THE ABOVE MENTIONED DATE, TIME AND PLACE OF OCCURRENCE, SHE OBSERVED THE DEFENDANT, VIDYARTIE GANESH, EXPOSE HIS NAKED PENIS AND MANIPULATE IT IN A PUBLIC PLACE, OPEN TO PUBLIC VIEW.

GANESH,VIDYARTIE Q19616119

AFFU889529,885064

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE
PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT
TO SECTION 210.45 OF THE PENAL LAW

4/28/19

DATE        SIGNATURE

SWORN TO BEFORE ME ON THE
            DAY OF


_____
DATE        SIGNATURE

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS: PART:AP1
─────────────────────────────── X
THE PEOPLE OF THE STATE OF NEW YORK

                          **SUPPORTING DEPOSITION**

      -against-

                          DKT #: CR-013289-19QN

**VIDYARTIE GANESH**

           Defendant(s)
─────────────────────────────── X

I, **DARA MCCANTS**, DEPOSE AND SAY THAT I HAVE READ THE ACCUSATORY INSTRUMENT FILED IN THE ABOVE-ENTITLED ACTION AND THAT THE FACTS THEREIN STATED TO BE ON INFORMATION FURNISHED BY ME ARE TRUE UPON MY PERSONAL KNOWLEDGE.

                        FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

Dated: _____  DARA MCCANTS

---

DIRECTIONS:
    Read the accusatory instrument carefully and then sign and date the supporting deposition and return them as quickly as possible to the District Attorney's Office of Queens County, 125-01 Queens Boulevard, Kew Gardens, NY 11415, personally or by mail. It is not necessary that you sign before a Judge, Police Officer, Notary Public or any witness. The form notice and signature there-under constitute a valid verification of this instrument.