CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

**Additional Supporting Deposition**

THE PEOPLE OF THE STATE OF NEW YORK

       -against-

**VIDYARTIE GANESH**         Q19616119

I, Jessica Coalter, depose and say I am employed by the Queens District Attorney's Office and affirm the following statements to be true under penalties of perjury:

(1) On or about 5/14/2019 I spoke to DARA MCCANTS in the above entitled action, and she/he agreed to sign the supporting deposition electronically.

(2) In addition the attached e-mails were sent from my office e-mail account to the complainant's e-mail account.

(3) The attached e-mails are a complete and accurate copy of the e-mails I sent to the complainant in the above entitled action and the complainant's response.

(4) After I received the attached e-mail exchange, I called the complainant and confirmed that he/she typed the attached response.

                    False statements made herein are punishable
                    as a class "A" misdemeanor pursuant to
                    section 210.45 of the Penal Law

                  SIGNATURE                DATE

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

**Supporting Deposition**

THE PEOPLE OF THE STATE OF NEW YORK

       -against-

**VIDYARTIE GANESH**          Q19616119

I, DARA MCCANTS

depose and say that I am the person mentioned in the accusatory instrument filed in the above entitled action and that I have read the above accusatory instrument in this action. Further, the facts stated in that instrument to be on information furnished by me are true upon my personal knowledge. Further I understand that an electronic signature has the same legal effect as my signature affixed by hand. I further understand that by typing the words "I agree" along with my name in a reply email, the office of the District Attorney is authorized to affix my electronic signature to this affidavit.

False statements made herein and made in this document are punishable as a class "A" misdemeanor pursuant to section 210.45 of the penal law .

## DARA MCCANTS   Dated: **5/16/2019**

*The above is an "electronic" signature that has been authorized by the above name person pursuant to New York's Electronic Signature and Records Act and New York State's Technology Law Section 301-3009 (2002)

Jessica Coalter - Re: Deposition for your Review

From:
To:          JECoalter@queensda.org
Date:        5/16/2019 11:32 AM
Subject:     Re: Deposition for your Review

*** External email: Use caution with links and attachments. ***

I Agree
Dara McCants
5/15/2019

Sent from Yahoo Mail for iPhone

On Tuesday, May 14, 2019, 7:08 PM, QCDAMail@QueensDA.org wrote:

Dear DARA MCCANTS:

Hello my name is ADA Jessica Coalter. This email is to confirm our earlier
conversation that you have agreed to sign the supporting deposition
electronically. Below is a copy of the accusatory instrument that has been
drafted in connection with the case. Your supporting deposition is currently
unsigned. Please read the entire complaint below (SECTION I) and also review
the supporting deposition at the end of this email in SECTION II. If the
information is true and accurate and you still agree to sign your supporting
deposition electronically, please reply to this email and simply type "I agree"
and then your name. For example, "I agree Jane Smith".

By clicking on the reply button and TYPING "I AGREE" AND YOUR NAME, the
supporting deposition will be considered electronically signed by you and we
will place an electronic signature on the supporting deposition. By typing "I
agree" and your name you are confirming the statements in the complaint under
the penalty of perjury. Replying and signing electronically will have the same
force and effect as a hand written signature. Please note that the reply
address should be indicated as JECoalter@queensda.org. If it isn't please
change the address to that.

You will receive a copy of the complaint, along with the electronically signed
supporting deposition in a return email.

-----------------------------------------------------------------------
Section I

Q19616119
CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS


THE PEOPLE OF THE STATE OF NEW YORK, COUNTY OF QUEENS

        V.

VIDYARTIE GANESH (55Y)

14648839M
DEFENDANT

POLICE OFFICER WILLIAM CLEMENS OF 113TH PRECINCT, TAX·REG#: 944033,
BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT APRIL 27 2019 AT
ABOUT 7:06PM, AT THE INTERSECTION OF MATHEWSON COURT AND BELKNAP
AVENUE, COUNTY OF QUEENS, STATE OF NEW YORK, THE DEFENDANT COMMITTED
THE OFFENSES OF:

PL 245.00 (EFF. 11-1-15) [BM] PUBLIC LEWDNESS - (DNA SAMPLE REQUIRED
   UPON CONVICTION)
PL 245.01 [V] EXPOSURE OF A PERSON

PL 245.00 (EFF. 11-1-15) [BM] PUBLIC LEWDNESS - (DNA SAMPLE REQUIRED
UPON CONVICTION)
   --- INTENTIONALLY EXPOSE THE PRIVATE OR INTIMATE PARTS OF HIS OR
   HER BODY IN A LEWD MANNER OR COMMITTED ANY OTHER LEWD ACT: (A) IN
   A PUBLIC PLACE, OR (B)(I) IN PRIVATE PREMISES UNDER CIRCUMSTANCES
   IN WHICH HE OR SHE MAY READILY BE OBSERVED FROM EITHER A PUBLIC
   PLACE OR FROM OTHER PRIVATE PREMISES, AND WITH INTENT THAT HE OR
   SHE BE SO OBSERVED, OR (II) WHILE TRESPASSING, AS DEFINED IN
   SECTION 140.05 OF THIS PART, IN A DWELLING AS DEFINED IN
   SUBDIVISION THREE OF SECTION 140.00 OF THIS PART, UNDER
   CIRCUMSTANCES IN WHICH HE OR SHE IS OBSERVED BY A LAWFUL
   OCCUPANT;

PL 245.01 [V] EXPOSURE OF A PERSON
   --- APPEAR IN A PUBLIC PLACE IN SUCH A MANNER THAT THE PRIVATE OR
   INTIMATE PARTS OF HIS BODY WERE UNCLOTHED OR EXPOSED AND SAID
   PERSON WAS NOT BREASTFEEDING AN INFANT OR PERFORMING IN A PLAY,
   EXHIBITION, SHOW OR ENTERTAINMENT.

THE ABOVE OFFENSES WERE COMMITTED AS FOLLOWS:

DEPONENT STATES THAT HE IS INFORMED BY THE EYEWITNESS, DARA MCCANTS, THAT AT THE
ABOVE
MENTIONED DATE, TIME AND PLACE OF OCCURRENCE, SHE OBSERVED THE DEFENDANT,
VIDYARTIE
GANESH, EXPOSE HIS NAKED PENIS AND MANIPULATE IT IN A PUBLIC PLACE, OPEN TO PUBLIC
VIEW.

Section II

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

Supporting Deposition

THE PEOPLE OF THE STATE OF NEW YORK

   -against-

VIDYARTIE GANESH   Q19616119

I, DARA MCCANTS

depose and say that I am the person mentioned in the accusatory instrument filed in the above entitled action and that I have read the above accusatory instrument in this action. Further, the facts stated in that instrument to be on information furnished by me are true upon my personal knowledge. Further I understand that an electronic signature has the same legal effect as my signature affixed by hand. I further understand that by typing the words "I agree" along with my name in a reply email, the office of the District Attorney is authorized to affix my electronic signature to this affidavit.

False statements made herein and made in this document are punishable as a class "A" misdemeanor pursuant to section 210.45 of the penal law .

_____\* Dated: _____

\*The above signature is an "electronic" signature that has been authorized by the above named person pursuant to New York's Electronic Signature and Records Act and New York State's Technology Law Section 301-3009 (2002)

*****************************************************************************

This e-mail communication and any files transmitted with it contain privileged and confidential information from the Queens County District Attorney's Office and is intended solely for the use of the individual(s) or entity to whom it has been addressed. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please delete it and notify the sender by return e-mail.

*****************************************************************************